**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

CHRISTOPHER SEAN COOPER                                                    PETITIONER

v.                                                                                      No. 1:14cr104-MPM

UNITED STATES OF AMERICA                                                    RESPONDENT


**MEMORANDUM OPINION AND ORDER**

This matter comes before the court on the petition of Christopher Sean Cooper to vacate, set aside, or correct his sentence under 28 U.S.C.A. §2255. ECF doc. 45. After reviewing Cooper's petition, the court finds that Petitioner has failed to adequately state any grounds for relief. In his petition, Cooper summarily alleges ineffective assistance of counsel, constitutional violations, illegal sentence, and the unconstitutionality of the Adam Walsh Child Protection and Safety Act without providing any facts to support his claims. Cooper does not specify which actions by counsel or the Government he is challenging. In addition, Cooper references newly discovered information, but fails to describe this information in any way.

Such "mere conclusory allegations do not raise a constitutional issue in a habeas proceeding. *Schlang v. Heard,* 691 F.2d 796, 798 (5th Cir.1982) (collecting cases)." *Ross v. Estelle*, 694 F.2d 1008, 1012 (5th Cir. 1983). Because Petitioner has failed to cite to any authority in support of his claims, let alone any federal authority, he has failed to satisfy his burden of demonstrating that a constitutional violation occurred. *See Lockett v. Anderson,* 230 F.3d 695, 707 (5th Cir.2000) ("The burden of proving that a constitutional violation occurred is, of course, on a habeas petitioner"). As such, Cooper's petition to vacate, set aside, or correct his sentence

under 28 U.S.C.A. §2255 is **DENIED**. A final judgment consistent with this memorandum opinion will issue today.

        **SO ORDERED**, this the 16th day of October, 2019.

**/s/ MICHAEL P. MILLS**
**UNITED STATES DISTRICT JUDGE**
**NORTHERN DISTRICT OF MISSISSIPPI**